
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT ___Knoxville_____

| | |
|---|---|
| Michael Eugene GARLAND | ) |
| _____ | ) |
| _____ | ) |
| (Enter above the NAME of the plaintiff in this action.) | ) |
| v. | ) |
| william lee, Gov. Tenn. | ) |
| David Rausch, Dir. T.B.I. | ) |
| Blantco, sheriffs office  S.O.R. | ) |
| (Enter above the NAME of each defendant in this action.) | ) |

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I.  PREVIOUS LAWSUITS

A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  YES (   ) NO (X)

B.  If your answer to A is YES, describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.  Parties to the previous lawsuit:  N/A

Plaintiffs: _____

_____

Defendants: _____

_____

1

2. COURT: (If federal court, name the district; if state court, name the county):

_____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: _____ *N / A* _____

A. Is there a prisoner grievance procedure in this institution? YES ( ) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO ( )

C. If your answer is YES,

1. What steps did you take? _____

_____

2. What was the result? _____

_____

D. If your answer to B is NO, explain why not. _____

_____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

F. If your answer is YES,

1. What steps did you take? _____

_____

2

2. What was the result? _____

_____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Michael Eugene Garland

Present address: 607 Lovers Ln, Townsend, TN. 37882

Permanent home address: 607 Lovers Ln. Townsend, TN. 37882

Address of nearest relative: 605 Lovers Ln. Townsend, TN. 37882

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: William Lee

Official position: Gov. Tenn.

Place of employment: STATE OF Tenn.

C. Additional defendants: David Rausch, Dir. T.B.I.

Blount co. Sherriffs office S.O.R.

_____

_____

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

unconstitutionaly forced to stay on Tennessee's

3

SEX OFFENDER Registry AND PUT ON SEX OFFENDER PROBATION AFTER completion of 10 YEAR COURT ORDERED Sex offender Registry expired in MARCH 2021 By william lee, DAVID RAusch, AND Blount Co. Sherriffs OFFICE SEX OFFENDER REGISTRY. THE SEX OFFENDER REGISTRY AND SEX OFENDER PROBATION IMPOSES NUMOROUS DEMANDING, INVASIVE, EMBARASING, AND EXPENSIVE REQUIREMENTS THAT I AM UNCONSTITUTANALY FORCED TO FOLLOW OR FACE THE CONSTANT THREAT OF INCARSERATION AND EXPENSIVE COURT COSTS AND FINES. FORCED TO TERMINATE TWO (2) JObS IVE HELD FOR NEARLY A DECADE BY PROBATION RESULTING IN COMPLETE LOSS OF MY FINACIAL SECURITY.

4

V.   RELIEF

(State BRIEFLY exactly what you want this Court to do for you.  Make NO legal arguments.

Cite NO cases or statutes.)

Termination of Tenn. Sex offender registry,
Termination of Sex offender Probation, STATE
PAY COSTS FOR ACTION.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _____24_____ day of _____JAN_____, 20 22 .

_____
Signature of plaintiff(s)

5